975 A.2d 1079

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Derrick HENSON, Petitioner.**

**No. 45 EM 2009.**

Supreme Court of Pennsylvania.

July 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the "Motion for Leave to File a Petition for Allowance of Appeal *Nunc Pro*

*Tunc* " is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days.